## SINGLETON V. THE STATE.

*Habeas Corpus.*

(Decided June 30, 1906.    42 South. 23.)

APPEAL from Pike Probate Court.
Heard before Hon. A. C. EDMONDSON,
No counsel for appellant.
MASSEY WILSON, Attorney General, for State.
Affirmed.
Opinion by ANDERSON, J.
WEAKLEY, C. J., TYSON and SIMPSON, JJ., concur.

---

## SOUTHERN RAILWAY CO. V. COCHRAN.

*Action for Injury to Passenger.*

(Decided June 30, 1906.    42 South. 100.)

APPEAL from Lamar Circuit Court.
Heard before Hon. S. H. SPROTT.
WEATHERLY & STOKELY, for appellant.
WALTER NESMITH, and MARTIN & MARTIN, for appellee.
Reversed and remanded.
Opinion by HARALSON, J.
All the Justices concur.

---

## HAWKINS V. TAYLOR, ET. AL.

*Assumpsit.*

(Decided May 19th, 1906.    42 South. 126.)

APPEAL from St. Clair Circuit Court.
Heard before the Hon. J. A. BILBRO.
M. M. SMITH, for appellant.
No counsel marked for appellee.
Appeal dismissed.
Per curiam.
TYSON, J., dissents.